ACCEPTED
06-15-00104-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/12/2015 9:32:21 AM
DEBBIE AUTREY
CLERK

**CAUSE NO. 06-15-00104-CR**

| | | |
|---|---|---|
| **KENNEDY RILEY,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| **VS.** | § | **6TH DISTRICT** 10/12/2015 9:32:21 AM |
| **THE STATE OF TEXAS,** | § | DEBBIE AUTREY<br>Clerk |
| **Appellee** | § | **STATE OF TEXAS** |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE JUSTICES OF THE SIXTH COURT OF APPEALS:**

**COMES NOW** Clint E. Allen, and files this his First Motion for Extension of Time to File Appellant's Brief, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof would show the Court the following:

**I.**

Appellant was convicted by a jury of the felony offense of capital murder on April 17, 2015 in Cause No. 13F0131-202 in the 202nd Judicial District Court of Bowie County, Texas. Appellant was automatically sentenced to confinement in the Institutional Division of the Texas Department of Criminal Justice for life, and he is presently so incarcerated.

**II.**

Appellant timely filed his Notice of Appeal on or about June 11, 2015. The Reporter's Record was filed on or about September 18, 2015, after this Court granted one (1) extension of time. Appellant's Brief is currently due on October 19, 2015.

**III.**

As this Honorable Court may be aware, Appellant's April 17, 2015, conviction resulted from a re-trial of this matter after his first conviction was reversed and the case remanded for a

new trial. The Reporter's Record from the second trial contains numerous references to arguments of counsel, caselaw, and trial court rulings from the first trial.

Based upon that fact, Counsel made the decision that it was necessary to obtain and review the Reporter's Record from the first trial. Counsel requested the Reporter's Record on October 7, 2015, and received the Reporter's Record from the first trial on October 12, 2015.

**IV.**

In addition to the foregoing, Counsel did not receive the Reporter's Record from the second trial until September 21-22, 2015.

Since that date, counsel has had various in-office client meetings on September 23, 2015; September 29, 2015; September 30, 2015; October 2, 2015; October 5, 2015; and October 6, 2015.

Furthermore, counsel has had to prepare for a contested child custody matter that was due to be heard on October 2, 2015 (but which settled a few days prior to that date requiring counsel to review an Agreed Order and meet with clients). Counsel also was required to prepare for and attend the following court dates since the date of receipt of the Reporter's Record from the re-trial: October 1 (5th District Court pretrial docket); October 2 (Cass County Court at Law CPS docket); October 5 (Cass County Court at Law civil docket); October 13 (5th District Court hearing on counsel's Motion to Set Personal Bond); October 15 (Cass County Court at Law pretrial docket); October 16 (Cass County Court at Law CPS docket).

**V.**

Counsel is making significant progress on his brief, and does not anticipate the need for an additional extension of time.

**WHEREFORE, PREMISES CONSIDERED,** undersigned counsel prays for this Court to extend the time for filing Appellant's brief until November 18, 2015, which is thirty days from the current deadline.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Clint E. Allen
Attorney at Law
Texas Bar No. 24012206
207 East Hiram Street
Atlanta, Texas 75551
Tel: 903-799-7779
Fax: 903-799-7771
clint@clintallenlaw.com

Attorney for Appellant

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellant's Brief has been forwarded via first class mail to Ms. Lauren Sutton, Bowie County Criminal District Attorney's Office, 601 Main Street, Texarkana, Texas 75501.

<div style="margin-left: 50%;">

/s/ Clint E. Allen

</div>